# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 19-273 |
| JASMINE VACA | : | |

## ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Perry Farhat, Special Assistant United States Attorney) and defendant Jasmine Vaca, (represented by Linwood Jones, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to the continuance and waived such right, and this being the first request for a continuance in this matter, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Taking into account the exercise of diligence, the facts of this case require that defense counsel and the United States be permitted a reasonable amount of additional time for effective preparation in this matter;

(2) Plea negotiations are anticipated, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any subsequent trial of this matter unnecessary;

(3) The defendant has consented to the above-referenced continuance; and

(4) The granting of a continuance will likely conserve judicial resources; and

(5) As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS, therefore, on this 5 day of June, 2019 ORDERED that:

(1) This action is continued under the Speedy Trial Act from the date this Order is signed through and including July 30, 2019; and

(2) The period from the date this Order is signed through and including July 30, 2019 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
THE HONORABLE WILLIAM H. WALLS
United States District Judge


Consented and Agreed to by:

s/Perry Farhat

_____
Perry Farhat
Special Assistant U.S. Attorney

_____
Linwood Jones, Esq.
Counsel for Jasmine Vaca