# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  CRIM. NO. 19-273 |
| JASMINE VACA | * |
| | * |
| | ***** |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

**[✓]** That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

**[✓]** That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

Risks related to the COVID-19 pandemic will unreasonably delay the hearing, will impact the interests of the government, the defendant, and the public in having a prompt hearing, and will otherwise cause serious harm to the interests of justice.

Accordingly, the proceeding(s) held on this date may be conducted by:

**[✓]** Video Teleconferencing

**[ ]** Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

**[ ]** The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

**[ ]** Other:

SO ORDERED:

*/s/ Brian R. Martinotti*

June 29, 2022
Hon. Brian R. Martinotti
United States District Judge for the District of New Jersey